**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**
Alex Spiro (*pro hac vice pending*)
    alexspiro@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:   (212) 849-7000
Facsimile:   (212) 849-7100

Robert M. Schwartz (Bar No. 117166)
    robertschwartz@quinnemanuel.com
Dylan C. Bonfigli (Bar No. 317185)
    dylanbonfigli@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Plaintiff*
*Shawn (JAY-Z) Carter*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHAWN CARTER, also known as JAY-Z, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>JONATHAN MANNION, an individual, and JONATHAN MANNION PHOTOGRAPHY LLC, a New York limited liability company,<br><br>            Defendants. | Case No. 2:21-cv-4848<br><br>**COMPLAINT FOR**<br><br>1. **VIOLATION OF SECTION 3344 OF THE CALIFORNIA CIVIL CODE**<br><br>2. **VIOLATION OF THE CALIFORNIA COMMON LAW RIGHT OF PUBLICITY**<br><br>**JURY TRIAL DEMAND** |

Plaintiff Shawn (JAY-Z) Carter, upon his personal knowledge and information and belief alleges as follows against defendants Jonathan Mannion and Jonathan Mannion Photography LLC (collectively, "Mannion").

## NATURE OF THE ACTION

1.     JAY-Z brings this action to stop Jonathan Mannion from exploiting JAY-Z's name and image without JAY-Z's consent.  Mannion has developed a highly-profitable business by selling copies of photographs of JAY-Z on Mannion's website and retail store, and by selling licenses to others to use JAY-Z's image.  Mannion has done so on the arrogant assumption that because he took those photographs, he can do with them as he pleases.  But JAY-Z never gave Mannion the right to use his likeness for these or any other purposes.  And without that permission, Mannion has no legal right to do so.  JAY-Z has asked Mannion to stop, but he refuses to do so.

2.     Mannion has built a career for himself based on his early association with JAY-Z.  As a self-described "professional photographer," however, Mannion knows or should know that he needs JAY-Z's permission to sell photos containing JAY-Z's image.  Mannion does not care.  It is an all-too-common occurrence in the music industry for a person in Mannion's position to take advantage of up-and-coming stars who are not always in a position to vindicate their rights.

3.     Although it is bad enough that Mannion has spent years exploiting JAY-Z's image for profit without JAY-Z's permission or compensation, Mannion has now demanded that JAY-Z pay him tens of millions of dollars to put an end to Mannion's use of JAY-Z's likeness.  It is no secret that JAY-Z has achieved iconic success, not just as a rap artist and record-company mogul, but in numerous other pursuits and as a businessman.  It is ironic that a photographer would treat the image of a formerly-unknown Black teenager, now wildly successful, as a piece of property to be squeezed for every dollar it can produce.  It stops today.

## JURISDICTION AND VENUE

4.      This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(a)(1).  The amount in controversy, exclusive of interest and costs, exceeds $75,000.  There is complete diversity of citizenship.  Plaintiff is a citizen of California.  Defendant Jonathan Mannion is a citizen of New York.  Defendant Jonathan Mannion Photography LLC is a New York limited liability company with its principal place of business in New York, New York, and on information and belief, none of its owners or members are citizens of California.

5.      This Court has personal jurisdiction over Mannion because he distributes the infringing articles across the United States and into the State of California.  A substantial part of the unlawful acts giving rise to Plaintiff's claims occurred and continues to occur in this District.  Mannion has intentionally aimed his wrongful conduct at California, causing harm to Plaintiff, a California resident.

6.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the unlawful acts giving rise to these claims occurred and continues to occur in this District.

## THE PARTIES

7.      Plaintiff Shawn Carter, known professionally as JAY-Z, is an individual and a resident of Los Angeles County, California.

8.      Defendant Jonathan Mannion is an individual and a resident of New York County, New York.

9.      Defendant Jonathan Mannion Photography LLC is a New York limited liability company with its principal place of business at 152 East 23rd Street, 6th Floor, New York, New York 10010.

10.      Jonathan Mannion and Jonathan Mannion Photography LLC (collectively, "Mannion"), and each of them, are, and at all relevant times were , the alter-ego, principal, agent, employee, employer, joint venturer, customer and/or otherwise affiliated with one another so as to be liable for the acts alleged herein.

## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

11.     Through exceptional vision, persistence, and hard work, JAY-Z has attained an extraordinary level of popularity and fame in the United States and around the world.  He is highly sought after to endorse commercial products and services using his name, likeness, identity, and persona.

12.     Before Jay Z achieved this success, when no one would give him a record contract, JAY-Z got his start by selling CDs out of his car in the Brooklyn projects.  In 1995, JAY-Z created his own independent record company, Roc-A-Fella Records.  JAY-Z's career took off in 1996 when he released his debut album, *Reasonable Doubt*, which solidified his standing in the industry and has now achieved preeminent status.  This is the album cover:



13.     JAY-Z is now recognized as one of the most influential rappers of all time.  He has sold over 50 million albums and 75 million singles.  He has won 23 Grammy Awards—the most by a rapper—and he holds the record for the most *Billboard 200* Number 1 albums by a solo artist, with 14.  He has been ranked by *Billboard* and *Rolling Stone* as one of the 100 Greatest Artists of All Time.

14.     In 2017, JAY-Z became the first rapper to be honored into the Songwriters Hall of Fame, and in 2018, he received the commemorative "Salute to Industry Icons" award at the 60th Grammy Awards.  In 2021, he was inducted into

COMPLAINT

1  the Rock and Roll Hall of Fame, becoming the first living solo rapper to be

2  inducted.

3        15.   Beyond his career as a performing artist and songwriter, JAY-Z has

4  attained significant success as a businessman.  Roc-A-Fella Records was one of the

5  leading rap and hip hop labels for nearly 20 years.  After departing the company,

6  JAY-Z became CEO and President of Def Jam Recordings, which is now a part of

7  Universal Music Group.  In 1999, JAY-Z founded the clothing retailer *Rocawear*,

8  and in 2003, he founded the luxury sports bar chain *40/40 Club*.  Both have grown

9  to become multi-million-dollar companies.  Based on this success, both in and out of

10 the recording studio, JAY-Z has become one of the wealthiest Black Americans and

11 the wealthiest American musician.

12       16.   JAY-Z also devotes a significant amount of his time to philanthropic

13 work.  In 2003, JAY-Z, together with his mother, founded The Shawn Carter

14 Foundation to assist students facing socio-economic hardships to get a college

15 degree.  More recently, JAY-Z donated significant amounts of money to persons

16 arrested while protesting against police brutality, and in 2020, JAY-Z donated

17 $1 million, through The Shawn Carter Foundation, to combat the COVID-19

18 pandemic in New York.

19       17.   JAY-Z has invested substantial time, energy, money, and

20 entrepreneurial effort to develop his considerable professional and commercial

21 achievements and success, as well as to develop his popularity, fame, and

22 prominence in the public eye.

23       18.   JAY-Z regularly receives substantial financial offers requesting

24 permission for, and seeking the use of, his name, likeness, identity, and persona for

25 licensing, endorsing, marketing, and promoting products, services, and

26 performances.

27       19.   JAY-Z maintains strict control over whether and how his name,

28 likeness, identity, and persona are used.  JAY-Z restricts such uses and licensing to

COMPLAINT

1   products, services, and performances that are of acceptably high quality and that

2   otherwise tie to his personal and business objectives.  The sale of the photographs

3   Mannion took of him do not meet those standards and objectives.  To be clear,

4   JAY-Z did not bring this lawsuit so that he can monetize these photographs.

5   Instead, he seeks to stop them from being further monetized at all.

6                       *Jonathan Mannion's Wrongful Conduct*

7          20.    Jonathan Mannion is a full-time photographer.  In 1996, when JAY-Z

8   was on the cusp of launching his career, JAY-Z hired Mannion to realize JAY-Z's

9   vision of himself as a rap artist, particularly for use on JAY-Z's first album,

10  *Reasonable Doubt*.

11         21.    Starting in 1996, Jonathan Mannion began taking hundreds of

12  photographs of JAY-Z.  JAY-Z and his record company used some of the

13  photographs for his album covers and paid Mannion tens of thousands of dollars for

14  those uses.  But JAY-Z never gave Mannion permission to resell any of the images.

15  Nor did JAY-Z authorize Mannion to use his name, likeness, identity, or persona for

16  any purpose.  JAY-Z was careful to never give Mannion permission to exploit JAY-

17  Z's image in the photographs that Mannion took of JAY-Z.

18         22.    It is no secret that Mannion owes much of his career to JAY-Z.

19  Mannion prominently displays a photograph of JAY-Z on the landing page of his

20  website.  And Mannion is selling what he refers to as "Fame Wall" t-shirts, which

21  display JAY-Z's name at the top of Mannion's "Fame Wall," above other well-

22  known artists that Mannion has photographed.  But when JAY-Z and Mannion met

23  in 1996, Mannion was a relatively unknown photographer, eager for any opportunity

24  to advance his own ambitions.  As JAY-Z achieved massive popularity, Mannion

25  built his career on the basis of JAY-Z's success.  Over the years, Mannion has

26  repeatedly exploited his relationship with JAY-Z to obtain photo-shoot assignments

27  from many other rap and hip hop artists.

28

COMPLAINT

23.     Mannion has developed a business for himself by selling copies of photographs of JAY-Z on Mannion's website and store, and by licensing JAY-Z's image to others.  Mannion is also turning a profit on JAY-Z's celebrity with other products, such as shirts that display JAY-Z's name and slipmats (the circular piece of slippery cloth or synthetic material disk jockeys place on a turntable platter), which use JAY-Z's image.

24.     The photographs of JAY-Z that Mannion is offering for sale on his website include the following:

**Jay-Z**[1]



---

[1]  https://shop.jonathanmannion.com/collections/saturday-special-edition-prints/products/jay-z-print.

COMPLAINT

**<u>Jay-Z "Beyond a Reasonable Doubt"</u>**[2]



**<u>Jay-Z "New York Yankee"</u>**[3]



---

[2] https://shop.jonathanmannion.com/collections/saturday-special-edition-prints/products/jay-z-print-1.

[3] https://shop.jonathanmannion.com/collections/saturday-special-edition-prints/products/jay-z-new-blue-yankee-print.

**Jay-Z "Chess Not Checkers"**[4]



25.     Mannion sells prints of these photographs and others of JAY-Z for thousands of dollars per copy.

26.     Mannion did not contact JAY-Z to seek or obtain his permission to use his name, likeness, identity, and persona.  Nor has Mannion compensated JAY-Z for using his name, likeness, identity, and persona.

27.     Mannion's use of JAY-Z's name, likeness, identity, and persona was, and is, in conscious disregard of JAY-Z's right of privacy and publicity, and of his exclusive right to control the use and exploitation of his name, likeness, identity, and persona.

28.     Mannion has profited, and will continue to profit, from his unlawful and intentional misappropriation and use of JAY-Z's name, identity, likeness, and persona.

29.     Notwithstanding Mannion's substantial exploitation of JAY-Z's name and likeness, Mannion has conceded to JAY-Z's representatives that Mannion would need a license from JAY-Z before anyone else—anyone besides Mannion— could use JAY-Z's name or likeness to sell the merchandise of others.  In other

---

[4]  https://shop.jonathanmannion.com/collections/prints/products/jay-z-chess-not-checkers-2.

COMPLAINT

words, everyone in the world except Mannion needs a license to sell JAY-Z's image.

30.     JAY-Z has repeatedly requested that Mannion stop his unauthorized use of JAY-Z's name, likeness, identity, and persona.  But Mannion has refused. Mannion has in the last few weeks demanded that JAY-Z pay Mannion tens of millions of dollars to stop Mannion's further exploitation of JAY-Z.

**FIRST CLAIM FOR RELIEF**

**Violation of Section 3344 of the California Civil Code**

31.     The foregoing allegations are incorporated as if re-alleged herein.

32.     In doing the acts alleged herein, Mannion has knowingly, willfully, and unlawfully misappropriated and used for commercial purposes JAY-Z's name, likeness, identity, and persona.

33.     Mannion has violated section 3344 of the California Civil Code by misappropriating and using for commercial purposes JAY-Z's name, likeness, identity, and persona without JAY-Z's permission.

34.     As a direct and proximate result of Mannion's acts alleged herein, JAY-Z has suffered and will continue to suffer damages in an amount to be proven at trial.

35.     Mannion, in committing the above-described actions, acted willfully, maliciously, and oppressively, and with full knowledge of the adverse effects of his actions on JAY-Z, and with willful and deliberate disregard for the consequences to JAY-Z.  Therefore, JAY-Z is entitled to recover punitive and exemplary damages from Mannion in an amount to be determined at the time of trial.

36.     JAY-Z also seeks a preliminary and permanent injunction requiring Mannion and his agents, servants, and employees, and all other persons with whom he is acting in concert, to refrain from using JAY-Z's name, likeness, identity, or persona for any commercial purpose.

## SECOND CLAIM FOR RELIEF

### Violation of the California Common Law Right of Publicity

37.     The allegations of paragraphs 1 through 30 inclusive are incorporated herein as if re-alleged.

38.     In doing the acts alleged herein, Mannion has misappropriated and used for commercial purposes JAY-Z's name, likeness, identity, and persona without his consent.

39.     Mannion has violated JAY-Z's common law privacy rights, including the right of publicity, by misappropriating and using for commercial purposes JAY-Z's name, likeness, identity, and persona.

40.     As a direct and proximate result of Mannion's acts alleged herein, JAY-Z has suffered and will continue to suffer damages in an amount to be proven at trial.

41.     Mannion, in committing the above-described actions, acted willfully, maliciously, and oppressively, and with full knowledge of the adverse effects of his actions on JAY-Z, and with willful and deliberate disregard for the consequences to JAY-Z.  Accordingly, JAY-Z is entitled to recover punitive and exemplary damages from Mannion in an amount to be determined at the time of trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment and relief against Mannion as follows:

1.     A preliminary and permanent injunction requiring Mannion and his agents, servants, and employees, and all other persons with whom he is acting in concert, to refrain from using JAY-Z's name, likeness, identity, or persona.

2.     Compensatory damages, consequential damages, lost profits, and/or disgorgement of Mannion's profits.

3.     Enhanced damages as allowed by law.

4.     Punitive damages as allowed by law.

COMPLAINT

5.      An award of attorneys' fees and costs as allowed by law.

6.      Any other relief the Court deems appropriate.

## **DEMAND FOR A JURY TRIAL**

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED:  June 15, 2021                    QUINN EMANUEL URQUHART
                                                        & SULLIVAN, LLP


                                        By   /s/ Alex Spiro
                                             _____
                                             Alex Spiro (*pro hac vice pending*)
                                             Robert M. Schwartz
                                             Dylan C. Bonfigli
                                             *Attorneys for Plaintiff*
                                             *Shawn (JAY-Z) Carter*