1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**UNITED STATES DISTRICT COURT**

17

**CENTRAL DISTRICT OF CALIFORNIA**

18

SHAWN CARTER, also known as
JAY-Z, an individual,

19

20

Plaintiff,

21

v.

22

23

JONATHAN MANNION, an
individual, and JONATHAN
MANNION PHOTOGRAPHY LLC, a
New York limited liability company,

24

25

26

Defendants.

27

28

| | |
|---|---|
| Case No.: 2:21-cv-04848-PA-KS | |
| ~~[PROPOSED]~~ **ORDER FOR ENTRY OF STIPULATION RE: EXPERT DISCOVERY** | |
| DISCOVERY MATTER | |
| Judge: Hon. Percy Anderson | |
| Magistrate: Hon. Karen L. Stevenson | |
| Ctrm: 9A | |
| Trial Date:    July 19, 2022 | |

~~[PROPOSED]~~ ORDER

1          **~~[PROPOSED]~~ ORDER**

2          Pursuant to the Stipulation re: Expert Discovery (the "Stipulated Order,"

3   attached hereto as Exhibit 1) submitted by Plaintiff Shawn Carter and Defendants

4   Jonathan Mannion and Jonathan Mannion Photography LLC, and for good cause

5   appearing, IT IS HEREBY ORDERED that the Stipulated Order is entered.

6          **IT IS SO ORDERED.**

7

8   Dated: _December 15_ , 2021

                                          Karen L. Stevenson
9                                         United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

1 | WILLENKEN LLP

2 | Paul J. Loh (Bar No. 160541)
ploh@willenken.com

3 | Lika C. Miyake (Bar No. 231653)
lmiyake@willenken.com

4 | Kenneth M. Trujillo-Jamison
(Bar No. 280212)

5 | ktrujillo-jamison@willenken.com

6 | 707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017

7 | Telephone:  (213) 955-9240

8 |

9 | ROCKSTONE LEGAL
Sarah Hsia (pro hac vice)

10 | sarah@rockstonelegal.com
229 W. 36th Street, 8th Floor

11 | New York, NY 10018
Telephone: (876) 855-6676

12 |

13 | Attorneys for Defendants
JONATHAN MANNION and

14 | JONATHAN MANNION PHOTOGRAPHY LLC

PAUL HASTINGS LLP
Steven A. Marenberg (Bar No. 101033)
stevenmarenberg@paulhastings.com
Kiaura Clark (Bar No. 336314)
kiauraclark@paulhastings.com
1999 Avenue of the Stars, 27th Fl.
Los Angeles, California 90067
Telephone:  (310) 620-5710

15 |

16 | **UNITED STATES DISTRICT COURT**

17 | **CENTRAL DISTRICT OF CALIFORNIA**

18 | SHAWN CARTER, also known as
JAY-Z, an individual,

19 |

20 |              Plaintiff,

21 |

v.

22 |

23 | JONATHAN MANNION, an
individual, and JONATHAN

24 | MANNION PHOTOGRAPHY LLC, a
New York limited liability company,

25 |

26 |              Defendants.

27 |

28 |

Case No.: 2:21-cv-04848-PA-KS

**STIPULATION RE: EXPERT
DISCOVERY**

DISCOVERY MATTER

Judge: Hon. Percy Anderson
Magistrate: Hon. Karen L. Stevenson
Ctrm: 9A

Trial Date:     July 19, 2022

1    Plaintiff Shawn Carter and Defendants Jonathan Mannion and Jonathan

2  Mannion Photography LLC hereby stipulate as follows:

3      1.    To avoid consuming the parties' and the Court's time and resources

4  on potential discovery issues relating to experts, the parties agree to the following

5  limitations on the scope of expert-related discovery in this action. The parties'

6  agreement to this Stipulation does not imply that any of the information and

7  materials restricted from discovery in this Stipulation would otherwise be

8  discoverable.

9      2.    These categories of data, information, and documents do not need to

10  be disclosed by any party and are outside the scope of permissible discovery:

11          a.    Draft, preliminary, or intermediate materials prepared by

12          or for an expert, including, without limitation, draft reports, draft

13          studies, draft declarations or affidavits, draft work papers, and

14          preliminary or intermediate calculations or computations (but

15          documents, data, and other information relied on or used to generate

16          final materials relied on by an expert is discoverable and shall be

17          produced);

18          b.    Communications in any form between an expert, on the

19          one hand, and the expert's colleagues or support staff, other expert

20          witnesses or nontestifying consultants, or attorneys for the party that

21          retained the expert, on the other hand, unless the expert is relying

22          upon the communications in connection with the expert's opinions;

23          c.    Notes or other writings taken or prepared by or for an

24          expert in connection with this action, including, without limitation,

25          notes of conversations with the expert's colleagues or support staff,

26          other expert witnesses or nontestifying consultants, or attorneys for

27

28

1

STIPULATION RE: EXPERT DISCOVERY

1              the party that retained the expert (unless the expert is relying upon the

2              notes in connection with the expert's opinions); and

3            d.     Written engagement letters or agreements to retain an

4              expert or any person working under the expert's supervision, invoices

5              issued in connection with the expert's retention, and any

6              communications related to an expert's retention or fees.

7       3.     Nothing in this Stipulation shall be construed to limit inquiry into

8 whether an expert considered or reviewed particular documents, information, or

9 methods of analysis identified by the examining party or the reasons the expert did

10 or did not rely on such documents, information, or methods of analysis.

11       4.     Subpoenas for deposition or documents do not need to and should not

12 be served on any expert. Instead, the party that retained the expert shall make the

13 expert available for deposition at a time and place mutually agreeable to the parties

14 and in accordance with any applicable scheduling order.

15       5.     Any fees charged by an expert for responding to discovery, including,

16 without limitation, time spent at depositions, shall be paid by the party that retained

17 the expert.

18       IT IS SO STIPULATED.

19

20 Dated:  December 14, 2021          WILLENKEN LLP

21                    By: */s/ Kenneth M. Trujillo-Jamison*

22                      Paul J. Loh

23                      Lika C. Miyake
                            Kenneth M. Trujillo-Jamison

24

25                    ROCKSTONE LEGAL
                   Sarah Hsia (*pro hac vice*)

26

27                    PAUL HASTINGS LLP
                   Steven A. Marenberg

28                    *Attorneys for Defendants*

STIPULATION RE: EXPERT DISCOVERY

1

2   Dated:  December 14, 2021           QUINN EMANUEL URQUHART &
                                        SULLIVAN, LLP
3

4                                       By: */s/ Robert M. Schwartz*
                                            Alex Spiro (*pro hac vice*)
5                                           Robert M. Schwartz
                                            Dylan C. Bonfigli
6                                           *Attorneys for Plaintiff*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: EXPERT DISCOVERY

1

**ATTESTATION STATEMENT**

2

I, Kenneth M. Trujillo-Jamison, the filer of this Stipulation, attest under

3

Civil L.R. 5-4.3.4(a)(2) that all other signatories listed, and on whose behalf the

4

filing is submitted, concur in the filing's content and have authorized the filing.

5

6

Dated:  December 14, 2021          WILLENKEN LLP

7

8

By: */s/ Kenneth M. Trujillo-Jamison*

Kenneth M. Trujillo-Jamison

9

*Attorneys for Defendants*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4