1

**QUINN EMANUEL URQUHART**
**& SULLIVAN, LLP**

2

Alex Spiro (*pro hac vice*)
    alexspiro@quinnemanuel.com

3

51 Madison Avenue, 22nd Floor
New York, New York 10010

4

Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

5

6

Robert M. Schwartz (Bar No. 117166)
    robertschwartz@quinnemanuel.com

7

Dylan C. Bonfigli (Bar No. 317185)
    dylanbonfigli@quinnemanuel.com

8

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

9

Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

10

*Attorneys for Plaintiff*
*Shawn (JAY-Z) Carter*

11

12

# UNITED STATES DISTRICT COURT

13

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14

15

SHAWN CARTER, also known as
JAY-Z, an individual,

16

Plaintiff,

17

v.

18

JONATHAN MANNION, an
individual, and JONATHAN

19

MANNION PHOTOGRAPHY LLC, a
New York limited liability company,

20

21

Defendants.

Case No. 2:21-cv-04848-PA-KS

**JOINT REPORT REGARDING**
**MEDIATION**

The Honorable Percy Anderson

Trial Date:          July 22, 2022

22

23

24

25

26

27

28

1    TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2    PLEASE TAKE NOTICE that Plaintiff Shawn Carter and Defendants

3   Jonathan Mannion and Jonathan Mannion Photography LLC participated in a

4   mediation before the Honorable Terry Friedman (Ret.) on January 5, 2022.  The

5   parties were unable to reach an agreement to resolve this case.

6

7   DATED:  January 11, 2022          QUINN EMANUEL URQUHART
                                        & SULLIVAN, LLP
8

9
                                     By /s/ Robert M. Schwartz
10                                      _____
                                        Alex Spiro (*pro hac vice*)
11                                      Robert M. Schwartz
                                        Dylan C. Bonfigli
12                                      *Attorneys for Plaintiff*

13   DATED:  January 11, 2022          WILLENKEN LLP
14

15
                                     By /s/ Kenneth M. Trujillo-Jamison
16                                      _____
                                        Paul J. Loh
17                                      Lika C. Miyake
                                        Kenneth M. Trujillo-Jamison
18

19                                      ROCKSTONE LEGAL
                                        Sarah Hsia (*pro hac vice*)
20

21                                      PAUL HASTINGS LLP
                                        Steven A. Marenberg
22                                      *Attorneys for Defendants*

23

24

25

26

27

28

1

1 | **<u>ATTESTATION STATEMENT</u>**

2      I, Robert M. Schwartz, the filer of this Joint Report Regarding Mediation,

3 attest pursuant to Civil L.R. 5-4.3.4(a)(2) that all other signatories listed, and on

4 whose behalf the filing is submitted, concur in the filing's content and have

5 authorized the filing.

6

7 DATED:  January 11, 2022         QUINN EMANUEL URQUHART
                                    & SULLIVAN, LLP

8

9

10                                 By /s/ Kenneth M. Trujillo-Jamison
                                   Robert M. Schwartz

11                                    *Attorneys for Plaintiff*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2