**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Spiro (*pro hac vice*)
  alexspiro@quinnemanuel.com
Cory D. Struble (*pro hac vice*)
  corystuble@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

Robert M. Schwartz (Bar No. 117166)
  robertschwartz@quinnemanuel.com
Dylan C. Bonfigli (Bar No. 317185)
  dylanbonfigli@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Plaintiff*
*Shawn (JAY-Z) Carter*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHAWN CARTER, also known as JAY-Z, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>JONATHAN MANNION, an individual, and JONATHAN MANNION PHOTOGRAPHY LLC, a New York limited liability company,<br><br>        Defendants. | Case No. 2:21-cv-04848-PA-KS<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR EXPERT DESIGNATIONS AND DISCLOSURES**<br><br>The Honorable Percy Anderson<br><br>Pretrial Conf.:   June 17, 2022<br>Trial Date:        July 22, 2022 |

Plaintiff Shawn Carter and defendants Jonathan Mannion and Jonathan Mannion Photography LLC, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, this Court has set a Discovery Cut-off Date of May 9, 2022 (ECF No. 52 at 1);

WHEREAS, the Civil Trial Scheduling Order (ECF No. 52) provides that "the parties shall designate experts to be called at trial and provide reports required by Fed. R. Civ. P. 26(a)(2)(B), not later than eight weeks prior to the discovery cutoff date," i.e., by March 14, 2022;

WHEREAS, the parties have completed most of the depositions that they have noticed, but due to scheduling issues, one deposition is set to take place on March 13, 2022, and another deposition is set to take place on March 14, 2022;

WHEREAS, the parties agree that there is good cause to extend the deadline for designating expert witnesses and providing expert reports by four days, from March 14, 2022 to March 18, 2022, so that their respective experts, in preparing their reports, may consider and/or analyze any evidence from the depositions set to take place on March 13 and 14, 2022;

WHEREAS, the parties have not made any prior requests for extensions or continuances of any dates set forth in the Civil Trial Scheduling Order;

IT IS THEREFORE STIPULATED AND AGREED that there is good cause to extend the deadline for designating expert witnesses and providing expert reports from March 14, 2022 to March 18, 2022.

DATED:  March 10, 2022

QUINN EMANUEL URQUHART
  & SULLIVAN, LLP

By /s/ Robert M. Schwartz
Alex Spiro (*pro hac vice*)
Robert M. Schwartz
Cory D. Struble
Dylan C. Bonfigli
*Attorneys for Plaintiff*

DATED:  March 10, 2022

WILLENKEN LLP

By /s/ Kenneth M. Trujillo-Jamison
Paul J. Loh
Lika C. Miyake
Kenneth M. Trujillo-Jamison

ROCKSTONE LEGAL
Sarah Hsia (*pro hac vice*)

PAUL HASTINGS LLP
Steven A. Marenberg
*Attorneys for Defendants*

**ATTESTATION STATEMENT**

I, Robert M. Schwartz, the filer of this Joint Stipulation, attest pursuant to Civil L.R. 5-4.3.4(a)(2) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 10, 2022          QUINN EMANUEL URQUHART
                                              & SULLIVAN, LLP


                               By /s/ Robert M. Schwartz
                                   Robert M. Schwartz
                                   *Attorneys for Plaintiff*