**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| SHAWN CARTER, also known as JAY-Z, an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>JONATHAN MANNION, an individual, and JONATHAN MANNION PHOTOGRAPHY LLC, a New York limited liability company,<br><br>            Defendants. | Case No. 2:21-cv-04848-PA-KS<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINE FOR EXPERT DESIGNATIONS AND DISCLOSURES**<br><br>The Honorable Percy Anderson<br><br>Trial Date:          July 22, 2022 |

[PROPOSED] ORDER

Upon consideration of the Joint Stipulation to Extend Deadline for Expert Designations and Disclosures, and good cause appearing, IT IS HEREBY ORDERED that the deadline for designating expert witnesses and providing expert reports is extended from March 14, 2022 to March 18, 2022.

DATED:  March 10, 2022

By _____
Percy Anderson
United States District Judge

1