UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 21-4848 PA (KSx) | Date | May 6, 2022 |
|---|---|---|---|
| Title | Shawn Carter v. Jonathan Mannion, et al. | | |

Present: The Honorable   PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:
None   None

**Proceedings:**   IN CHAMBERS — COURT ORDER

The Court is in receipt of a Motion for Summary Judgment ("Motion") filed by defendants Jonathan Mannion and Jonathan Mannion Photography LLC (collectively "Defendants") (Docket No. 82). This Court maintains a firm policy of reducing unnecessary motion practice and requires counsel to "discuss thoroughly . . . the substance of the contemplated motion and any potential resolution. The conference shall take place at least seven (7) days prior to the filing of the motion." Local Rule 7-3. Local Rule 7-3 requires a notice of motion to contain a statement indicating that the parties met and conferred concerning the substance of the motion.

The Notice of Motion filed by Defendants contains no statement concerning observance of the Local Rule 7-3 meet and confer requirement. In their Reply, Defendants admit violating Local Rule 7-3. Despite Defendants' apology, the Court notes that Defendants' counsel previously failed to comply with Local Rule 7-3 in filing motions to strike and dismiss (Docket Nos. 24 & 26) and the Court admonished counsel that future violations of the Local Rules, Federal Rules of Civil Procedure, or the Court's orders may result in the imposition of sanctions. (Docket No. 28.) Despite these warnings, Defendants' counsel repeated the same violation of the Local Rules.

The Court cannot move this case forward without counsel's compliance with the Court's orders and the Court's Local Rules. Despite warnings, Defendants' counsel have shown they are either unwilling or unable to comply with the Local Rules of this Court. Accordingly, pursuant to Local Rule 7-4, Defendants' Motion for Summary Judgment is stricken. (Docket No. 82.) See Local Rule 7-4 ("The Court may decline to consider a motion unless it meets the requirements of L.R. 7-3 through 7-8."). Future violations of the Federal Rules of Civil Procedure, the Local Rules, or the Court's Orders may result in the imposition of sanctions. Although the Court previously set a deadline for the filing of Oppositions to the Amicus Briefs filed in support of and in opposition to the Motion for Summary Judgment, because the Court has now ordered the Motion stricken, no further briefing is necessary.

IT IS SO ORDERED.