QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
    alexspiro@quinnemanuel.com
Cory D. Struble (*pro hac vice*)
    corystruble@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

Robert M. Schwartz (Bar No. 117166)
    robertschwartz@quinnemanuel.com
Dylan C. Bonfigli (Bar No. 317185)
    dylanbonfigli@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHAWN CARTER, also known as JAY-Z, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN MANNION, an individual, and JONATHAN MANNION PHOTOGRAPHY LLC, a New York limited liability company,<br><br>Defendants. | Case No. 2:21-cv-04848-PA-KS<br><br>**REVISED DISPUTED VERDICT FORMS**<br><br>The Honorable Percy Anderson<br><br>Trial Date:  July 19, 2022 |

Pursuant to Section III.A.3 of the Court's Civil Trial Scheduling Order (ECF No. 52), and the Court's June 6, 2022 Order (ECF No. 125), the parties met and conferred on June 1, 2022, and June 10, 2022, with the goal of reaching agreement on a special verdict form but were unable to do so.

Plaintiff's revised Proposed Verdict Form is attached as **Exhibit A**.

Defendants' revised Proposed Verdict Form is attached as **Exhibit B**.

Respectfully submitted by,

DATED: June 14, 2022            QUINN EMANUEL URQUHART
                                                              & SULLIVAN, LLP


By /s/ Robert M. Schwartz
    Alex Spiro (*pro hac vice*)
    Robert M. Schwartz
    Cory D. Struble
    Dylan C. Bonfigli
    *Attorneys for Plaintiff*


DATED: June 14, 2022            WILLENKEN LLP


By /s/ Paul J. Loh
    Paul J. Loh
    Lika C. Miyake
    Kenneth M. Trujillo-Jamison

    ROCKSTONE LEGAL
    Sarah Hsia (*pro hac vice*)

    PAUL HASTINGS LLP
    Steven A. Marenberg
    *Attorneys for Defendants*

## ATTESTATION STATEMENT

I, Robert M. Schwartz, the filer of these Disputed Verdict Forms, attest pursuant to Civil L.R. 5-4.3.4(a)(2) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 14, 2022

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By /s/ Robert M. Schwartz
Robert M. Schwartz
*Attorneys for Plaintiff*

# EXHIBIT A

```
QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
Alex Spiro (pro hac vice)
    alexspiro@quinnemanuel.com
Cory D. Struble (pro hac vice)
    corystruble@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

Robert M. Schwartz (Bar No. 117166)
    robertschwartz@quinnemanuel.com
Dylan C. Bonfigli (Bar No. 317185)
    dylanbonfigli@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
```

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHAWN CARTER, also known as JAY-Z, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN MANNION, an individual, and JONATHAN MANNION PHOTOGRAPHY LLC, a New York limited liability company,<br><br>Defendants. | Case No. 2:21-cv-04848-PA-KS<br><br>**PLAINTIFF'S [PROPOSED] VERDICT FORM**<br><br>The Honorable Percy Anderson<br><br>Trial Date:  July 19, 2022 |

# Verdict Form

1. Did Defendants Jonathan Mannion and Jonathan Mannion Photography LLC ("Defendants") infringe the rights of Plaintiff Shawn Carter ("Plaintiff") arising under California's statutory or common law right of publicity?

   Yes: _____

   No: _____

   *If you answered "yes," proceed to Question 2. If you answered "no" you have completed your work. Have the Presiding Juror date and sign below.*

2. Did Defendants' infringement of Plaintiff's rights cause any damage or loss to Plaintiff?

   Yes: _____

   No: _____

   *If you answered "yes," proceed to Question 3. If you answered "no" you have completed your work. Have the Presiding Juror date and sign below.*

3. What is the dollar amount you award to Plaintiff to compensate him for the damage or loss arising from Defendants' infringement of Plaintiff's rights?

   $_____.

   **Signed**: _____
   　　　　　Presiding Juror

   **Dated**: _____

   *After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.*

Respectfully submitted by,

DATED: June 14, 2022

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By /s/ Robert M. Schwartz
Alex Spiro (*pro hac vice*)
Robert M. Schwartz
Cory D. Struble
Dylan C. Bonfigli
*Attorneys for Plaintiff*

# EXHIBIT B

| | |
|---|---|
| WILLENKEN LLP<br>Paul J. Loh (Bar No. 160541)<br>ploh@willenken.com<br>Lika C. Miyake (Bar No. 231653)<br>lmiyake@willenken.com<br>Kenneth M. Trujillo-Jamison<br> (Bar No. 280212)<br>ktrujillo-jamison@willenken.com<br>Kirby Hsu (Bar No. 312535)<br>khsu@willenken.com<br>707 Wilshire Blvd., Suite 3850<br>Los Angeles, California 90017<br>Telephone: (213) 955-9240 | PAUL HASTINGS LLP<br>Steven A. Marenberg (Bar No. 101033)<br>stevenmarenberg@paulhastings.com<br>1999 Avenue of the Stars, 27th Fl.<br>Los Angeles, California 90067<br>Telephone: (310) 620-5710<br><br>ROCKSTONE LEGAL<br>Sarah Hsia (pro hac vice)<br>sarah@rockstonelegal.com<br>229 W. 36th Street, 8th Floor<br>New York, NY 10018<br>Telephone: (876) 855-6676 |

Attorneys for Defendants
JONATHAN MANNION and
JONATHAN MANNION PHOTOGRAPHY LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CARTER, also known as JAY-Z, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN MANNION, an individual, and JONATHAN MANNION PHOTOGRAPHY LLC, a New York limited liability company,<br><br>Defendants. | Case No.: 2:21-cv-04848-PA-KS<br><br>**DEFENDANTS' PROPOSED VERDICT FORM**<br><br>Trial Date: July 19, 2022 |

Under Paragraph III.A3. of the Civil Trial Scheduling Order, Defendants propose the following special verdict form.

## Verdict Form

Answer the questions below as instructed:

### Photographic Prints

1. Is Jonathan Mannion Photography liable to Mr. Carter for the use of Mr. Carter's likeness in photographic prints?

   Not Liable _____    Liable _____

   *If you answered "not liable," skip questions 2 and 3, and go to question 4. If you answered "liable," go to the next question.*

2. Did Mr. Carter suffer any damages because of the use of his likeness in the photographic prints?

   No _____    Yes _____

   *If you answered "no," skip the next question, and go to question 4.*
   *If you answered "yes," go to the next question.*

3. What are Mr. Carter's damages from the use of his likeness in the photographic prints?

   $_____

### Display of Photographs on Website

4. Is Jonathan Mannion Photography liable to Mr. Carter for the display of photographs of Mr. Carter on Jonathan Mannion Photography's website?

   Not Liable _____    Liable _____

   *If you answered "not liable," skip questions 5 and 6, and go to question*

*7. If you answered "liable," go to the next question.*

5. Did Mr. Carter suffer any damages because of the display of photographs of him on Jonathan Mannion Photography's website?

   No \_\_\_\_\_   Yes \_\_\_\_\_

   *If you answered "no," skip the next question, and go to question 7.*
   *If you answered "yes," go to the next question.*

6. What are Mr. Carter's damages from the display of photographs of him on Jonathan Mannion Photography's website?

   $_____

### Slipmats

7. Is Jonathan Mannion Photography liable to Mr. Carter for the use of Mr. Carter's likeness in the slipmats?

   Not Liable \_\_\_\_\_   Liable \_\_\_\_\_

   *If you answered "not liable," skip questions 8 and 9, and go to question 10. If you answered "liable," go to the next question.*

8. Did Mr. Carter suffer any damages because of the use of his likeness in the slipmats?

   No \_\_\_\_\_   Yes \_\_\_\_\_

   *If you answered "no," skip the next question, and go to question 10.*
   *If you answered "yes," go to the next question.*

9. What are Mr. Carter's damages from the use of his likeness in the slipmats?

$_____

**Magnets**

10. Is Jonathan Mannion Photography liable to Mr. Carter for the use of Mr. Carter's likeness in the magnets?

    Not Liable \_\_\_\_\_     Liable \_\_\_\_\_

    *If you answered "not liable," skip questions 11 and 12, and go to question 13. If you answered "liable," go to the next question.*

11. Did Mr. Carter suffer any damages because of the use of his likeness in the magnets?

    No \_\_\_\_\_     Yes \_\_\_\_\_

    *If you answered "no," skip the next question, and go to question 13. If you answered "yes," go to the next question.*

12. What are Mr. Carter's damages from the use of his likeness in the magnets?

    $_____

**Pins**

13. Is Jonathan Mannion Photography liable to Mr. Carter for the use of Mr. Carter's likeness in the pins?

    Not Liable \_\_\_\_\_     Liable \_\_\_\_\_

    *If you answered "not liable," skip questions 14 and 15, and go to question 16. If you answered "liable," go to the next question.*

14. Did Mr. Carter suffer any damages because of the use of his likeness in

the pins?

No \_\_\_\_\_ Yes \_\_\_\_\_

*If you answered "no," skip the next question, and go to question 16.*

*If you answered "yes," go to the next question.*

15. What are Mr. Carter's damages from the use of his likeness in the pins?

    $_____

### "Fame Wall" Shirts

16. Is Jonathan Mannion Photography liable to Mr. Carter for the use of Mr. Carter's name in the "Fame Wall" shirts?

    Not Liable \_\_\_\_\_ Liable \_\_\_\_\_

    *If you answered "not liable," skip questions 17 and 18, and go to question 19. If you answered "liable," go to the next question.*

17. Did Mr. Carter suffer any damages because of the use of his name in the "Fame Wall" shirts?

    No \_\_\_\_\_ Yes \_\_\_\_\_

    *If you answered "no," skip the next question, and go to question 19.*

    *If you answered "yes," go to the next question.*

18. What are Mr. Carter's damages from the use of his name in the "Fame Wall" shirts?

    $_____

### Licensing

19. Is Jonathan Mannion Photography liable to Mr. Carter for the licensing of

photographs of Mr. Carter to a third party?

Not Liable \_\_\_\_\_          Liable \_\_\_\_\_

*If you answered "not liable," skip the remaining questions, and have the presiding juror sign and date the end of this form.*

*If you answered "liable," go to the next question.*

20. Did Mr. Carter suffer any damages because of the licensing of photographs of him to a third party?

    No \_\_\_\_\_          Yes \_\_\_\_\_

    *If you answered "no," skip the next question, and have the presiding juror sign and date the end of this form.*

    *If you answered "yes," go to the next question.*

21. What are Mr. Carter's damages from the licensing of photographs of him to a third party?

    $_____

    *Have the presiding juror sign and date below.*

Dated: _____          Signed:_____
                                                              Presiding Juror

*After this verdict form has been signed, notify the clerk that you are ready to present your verdict in the courtroom.*

Dated: June 14, 2022                    WILLENKEN LLP

                                              By: */s/ Paul J. Loh*
                                                     Paul J. Loh
                                                     Attorneys for Defendants