**FILED**
**CLERK, U.S. DISTRICT COURT**

June 21, 2022

**CENTRAL DISTRICT OF CALIFORNIA**
BY: *Natalie L. Calkins* DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In the Matter of the Creation of the Calendar | ) |
| of | ) |
| Judge SUNSHINE SUZANNE SYKES | ) |

ORDER OF THE CHIEF JUDGE

**22-101**

  Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Sunshine Suzanne Sykes,

  IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Percy Anderson to the calendar of Judge Sunshine Suzanne Sykes:

| | |
|---|---|
| 2:21-cv-04848-PA-KSx | Shawn Carter v. Jonathan Mannion, et al. |
| 2:21-cv-07875-PA-AGRx | Evox Productions, LLC v. Lemberg Law LLC, et al. |
| 2:22-cv-00128-PA-MARx | Spirit Clothing Company v. Basix of America LLC |
| 2:22-cv-01258-PA-MAAx | Aremy Lismary Villatoro Lopez v. United States of America |
| 2:22-cv-01614-PA-AFMx | Jeereddi Enterprises, LLC v. Venkata Subash Banda, et al. |
| 2:22-cv-02244-PA-MAAx | Korttney Elliott v. Teodosia R. De Gonzalez |
| 2:22-cv-02635-PA-PDx | Melanie Delapaz v. Anza Del Amo LLC, et al. |
| 2:22-cv-03573-PA-MAAx | Mister Bailey v. Rhona Weinberg Gewelber, et al. |
| 2:22-cv-03631-PA-JPRx | Houri Liza Johnston v. United States, and its agency, the Internal Revenue Service |
| 2:22-cv-03936-PA-JCx | Shirley Hinton v. Management and Training Corporation, et al. |
| 5:22-cv-00516-PA-ADS | Daniel Emerson Norton v. Gilliam, et al. |
| 5:22-cv-00844-PA-SHKx | Paul Johnson v. County of San Bernardino, et al. |

In the Matter of the
Creation of Calendar for
District Judge Sunshine Suzanne Sykes                                    2

---

8:22-cv-00475-PA-DFMx        Benchmark Insurance Company v. Neek, LLC,
                             et al.

8:22-cv-00866-PA-GJS         Teresa Marie Castillo v. Commissioner of Social
                             Security

  On all documents subsequently filed in the case, please substitute the Judge initials
SSS after the case number in place of the initials of the prior Judge.

DATED: June 21, 2022            _____

          Chief Judge Philip S. Gutierrez