1  QUINN EMANUEL URQUHART
       & SULLIVAN, LLP
2  Alex Spiro (*pro hac vice*)
       alexspiro@quinnemanuel.com
3  Cory D. Struble (*pro hac vice*)
       corystruble@quinnemanuel.com
4  51 Madison Avenue, 22nd Floor
   New York, New York 10010
5  Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
6
7  Robert M. Schwartz (Bar No. 117166)
       robertschwartz@quinnemanuel.com
8  Dylan C. Bonfigli (Bar No. 317185)
       dylanbonfigli@quinnemanuel.com
9  865 South Figueroa Street, 10th Floor
   Los Angeles, California 90017-2543
10 Telephone: (213) 443-3000
   Facsimile: (213) 443-3100

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| SHAWN CARTER, also known as JAY-Z, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN MANNION, an individual, and JONATHAN MANNION PHOTOGRAPHY LLC, a New York limited liability company,<br><br>Defendants. | Case No. 2:21-cv-04848-SSS-KS<br><br>**PLAINTIFF'S NOTICE REGARDING TRIAL DATE**<br><br>The Honorable Sunshine Suzanne Sykes<br><br>Trial Date: January 23, 2023 |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

Counsel for Plaintiff Shawn Carter provides notice that Plaintiff's lead trial counsel and other members of Plaintiff's trial team have a trial scheduled in *In re Tesla Inc. Securities Litigation*, 3:18-cv-04865-EMC (N.D. Cal. filed Aug. 10, 2018), for January 17, 2023 to February 3, 2023, which conflicts with the January 23, 2023 trial date set by the Court for this case. Plaintiff's counsel is in the process of conferring with defense counsel to determine whether Defendants will stipulate to continue the trial date to March 13, 2023, the date Defendants proposed in the parties' Joint Statement, ECF No. 192 at 10, or another date on which the parties are available, and will notify the Court as soon as Defendants have responded.

DATED: August 5, 2022

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By /s/ Robert M. Schwartz
Alex Spiro (*pro hac vice*)
Robert M. Schwartz
Cory D. Struble (*pro hac vice*)
Dylan C. Bonfigli
*Attorneys for Plaintiff*