1  **QUINN EMANUEL URQUHART**
   **& SULLIVAN, LLP**
2  Alex Spiro (*pro hac vice*)
      alexspiro@quinnemanuel.com
3  Cory D. Struble (*pro hac vice*)
      corystuble@quinnemanuel.com
4  51 Madison Avenue, 22nd Floor
   New York, New York 10010
5  Telephone:   (212) 849-7000
   Facsimile:   (212) 849-7100
6
7  Robert M. Schwartz (Bar No. 117166)
      robertschwartz@quinnemanuel.com
   Dylan C. Bonfigli (Bar No. 317185)
8     dylanbonfigli@quinnemanuel.com
   865 South Figueroa Street, 10th Floor
9  Los Angeles, California 90017-2543
   Telephone:   (213) 443-3000
10 Facsimile:   (213) 443-3100

11 *Attorneys for Plaintiff*
   *Shawn (JAY-Z) Carter*
12

13              **UNITED STATES DISTRICT COURT**

14         **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

15

| | |
|---|---|
| 16  SHAWN CARTER, also known as JAY-Z, an individual, | Case No. 2:21-cv-04848-SSS-KS |
| 17 | **JOINT STIPULATION TO VACATE TRIAL DATE AND SET STATUS CONFERENCE** |
| 18       Plaintiff, | |
| 19    v. | *Filed Concurrently with [Proposed] Order* |
| 20  JONATHAN MANNION, an individual, and JONATHAN MANNION PHOTOGRAPHY LLC, a | The Honorable Sunshine Suzanne Sykes |
| 21  New York limited liability company, | Trial Date:         March 13, 2023 |
| 22       Defendants. | |

23
24
25
26
27
28

Plaintiff Shawn Carter and defendants Jonathan Mannion and Jonathan Mannion Photography LLC (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on August 15, 2022, this Court set trial for March 13, 2023, a final pretrial conference for February 24, 2023, and a hearing on motions in limine for February 10, 2023 (ECF No. 198 at 2);

WHEREAS, under the Court's schedule, the parties are required to file oppositions to motions in limine and their first round of trial filings on January 27, 2023, and their second round of trial filings on February 10, 2023 (ECF No. 198 at 2);

WHEREAS, the parties have engaged in settlement discussions and have agreed in principle on the terms of the settlement, which includes a stipulated dismissal of this action, subject to execution of a long-form settlement agreement;

WHEREAS, the parties are diligently working toward finalizing a long-form settlement agreement and have made substantial progress toward that end;

WHEREAS, the parties have met and conferred and agree that, based on the progress that they have made and are making toward settlement and to conserve the Court's and the parties' resources, there is good cause for the Court to vacate the March 13, 2023 trial date and the accompanying pretrial deadlines, set a status conference as to resetting the case for trial or dismissing the case if the parties have settled for Friday, February 24, 2023, at 1:00 p.m., and order the parties to file a joint status report by Friday, February 17, 2023, if a joint stipulation for dismissal has not been filed before then;

IT IS THEREFORE STIPULATED AND AGREED, that the Court should vacate the March 13, 2023 trial date and the accompanying pretrial deadlines, set a status conference as to resetting the case for trial or dismissing the case if the parties have settled for Friday, February 24, 2023, at 1:00 p.m., and order the parties to file

a joint status report by Friday, February 17, 2023, if a joint stipulation for dismissal has not been filed before then.

DATED: January 24, 2023            QUINN EMANUEL URQUHART
                                                                                                & SULLIVAN. LLP

By /s/ Robert M. Schwartz
    Alex Spiro (*pro hac vice*)
    Robert M. Schwartz
    Cory D. Struble (*pro hac vice*)
    Dylan C. Bonfigli

*Attorneys for Plaintiff*

DATED: January 24, 2023            WILLENKEN LLP

By /s/ Kenneth M. Trujillo-Jamison
    Paul J. Loh
    Kenneth M. Trujillo-Jamison
    Kirby Hsu
    Michelle K. Millard

ROCKSTONE LEGAL
Sarah Hsia (*pro hac vice*)

PAUL HASTINGS LLP
Steven A. Marenberg

*Attorneys for Defendants*

**ATTESTATION STATEMENT**

I, Robert M. Schwartz, the filer of this Joint Stipulation, attest pursuant to Civil L.R. 5-4.3.4(a)(2) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  January 24, 2023         QUINN EMANUEL URQUHART
                                          & SULLIVAN, LLP


                                 By /s/ Robert M. Schwartz
                                    Robert M. Schwartz
                                    *Attorneys for Plaintiff*