1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SHAWN CARTER, also known as JAY-Z, an individual, <br><br> Plaintiff, <br><br> v. <br><br> JONATHAN MANNION, an individual, and JONATHAN MANNION PHOTOGRAPHY LLC, a New York limited liability company, <br><br> Defendants. | Case No. 2:21-cv-04848-SSS-KSx <br><br> **[PROPOSED] ORDER VACATING TRIAL DATE AND SETTING STATUS CONFERENCE** <br><br> The Honorable Sunshine Suzanne Sykes <br><br> Trial Date:     March 13, 2023 <br><br> **NOTE CHANGES MADE BY COURT** |

ORDER

The Court, having reviewed the Joint Stipulation to Vacate Trial Date and Set Status Conference, and good cause appearing, hereby vacates the hearing on the Motions in Limine [Dkts. 203; 204; 205; 206; 210; 211; 212; and 213] set for February 10, 2023; the Final Pretrial Conference set for February 24, 2023; the March 13, 2023 trial date; and the accompanying pretrial deadlines, sets a status conference as to resetting the case for trial or dismissing the case if the parties have settled for Friday, March 3, 2023, at 1:00 p.m., and orders the parties to file a joint status report by Friday, February 24, 2023, if a joint stipulation for dismissal has not been filed before then.

**IT IS SO ORDERED.**

DATED: January 27, 2023

_____
United States District Judge
The Honorable Sunshine Suzanne Sykes

Lodged by:

QUINN EMANUEL URQUHART
    & SULLIVAN, LLP

By:   /s/Robert M. Schwartz
    Alex Spiro (*pro hac vice*)
    Robert M. Schwartz
    Cory D. Struble (*pro hac vice*)
    Dylan C. Bonfigli

*Attorneys for Plaintiff*
Submitted on: January 27, 2023