QUINN EMANUEL URQUHART
        & SULLIVAN, LLP
Alex Spiro (*pro hac vice*)
    alexspiro@quinnemanuel.com
Cory D. Struble (*pro hac vice*)
    corystruble@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:   (212) 849-7100

Robert M. Schwartz (Bar No. 117166)
    robertschwartz@quinnemanuel.com
Dylan C. Bonfigli (Bar No. 317185)
    dylanbonfigli@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Plaintiff
Shawn (JAY-Z) Carter*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN CARTER, also known as JAY-Z, an individual,<br><br>             Plaintiff,<br><br>     v.<br><br>JONATHAN MANNION, an individual, and JONATHAN MANNION PHOTOGRAPHY LLC, a New York limited liability company,<br><br>             Defendants. | Case No. 2:21-cv-04848-SSS-KS<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>The Honorable Sunshine Suzanne Sykes<br><br>Trial Date:  Vacated |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action hereby stipulate, in consideration of a negotiated Settlement Agreement, to the dismissal with prejudice of this action, including all claims stated herein against all parties, with each party to bear his or its own attorneys' fees and costs.

DATED:  February 1, 2023

QUINN EMANUEL URQUHART
   & SULLIVAN, LLP


By /s/ Robert M. Schwartz
Alex Spiro (*pro hac vice*)
Robert M. Schwartz
Cory D. Struble (*pro hac vice*)
Dylan C. Bonfigli
*Attorneys for Plaintiff*

DATED:  February 1, 2023

WILLENKEN LLP


By /s/ Kenneth M. Trujillo-Jamison
Paul J. Loh
Kenneth M. Trujillo-Jamison
Michelle K. Millard
Kirby Hsu
ROCKSTONE LEGAL
Sarah Hsia (*pro hac vice*)

PAUL HASTINGS LLP
Steven A. Marenberg
*Attorneys for Defendants*

1

## ATTESTATION STATEMENT

I, Robert M. Schwartz, the filer of this Joint Stipulation of Dismissal with Prejudice, attest pursuant to Civil L.R. 5-4.3.4(a)(2) that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 1, 2023          QUINN EMANUEL URQUHART
                                 & SULLIVAN, LLP


                                 By /s/ Robert M. Schwartz
                                    Robert M. Schwartz
                                    *Attorneys for Plaintiff*